Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Amir Shlesinger (SBN 204132)
Email: ashlesinger@reedsmith.com
Raagini Shah (SBN 268022)
Email: rshah@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   213 457 8000
Facsimile:    213 457 8080

Attorneys for Defendant BAC Home
Loans Servicing LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA--SACRAMENTO

| | |
|---|---|
| ARVIN PRASAD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BAC HOME LOANS SERVICING LP, a subsidiary of Bank of America, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: 2:10-cv-02343-KJM-KJN<br><br>Honorable Judge Kimberly J. Mueller<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hearing for Motion to Dismiss:<br><br>Date:　　　　March 2, 2011<br>Time:　　　　10:00 a.m.<br>Courtroom:　　3<br><br>SAC Filed: December 21, 2010 |

– 1 –　　US_ACTIVE-105582288.1-RRSHAH 2/18/11 3:47 PM

ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

On February 18, 2011, Defendant BAC Home Loans Servicing LP ("Defendant") requested to appear telephonically for the Hearing on the Motion to Dismiss Plaintiff's Second Amended Complaint, which will take place on March 2, 2011 at 10:00 a.m. in Courtroom 3 of the above-entitled court before the Honorable Kimberly J. Mueller.

Good cause having been shown, given the nature of the proceedings set for March 2, the Court hereby grants Defendant's request to appear telephonically at the hearing on the Motion To Dismiss Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED**.

DATED: February 18, 2011.

_____
UNITED STATES DISTRICT JUDGE